```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Brianna Green,

                              Plaintiff,

          -against-

Robison Oil,

                              Defendant.

-------------------------------------------------------------X

7:22-CV-10093 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than **August 4, 2023**, providing the Court with an update on the status of the case. The letter should provide proposed dates that the parties are available for a settlement conference.

      **SO ORDERED.**

DATED:    White Plains, New York
                July 28, 2023

                                                          _____
                                                           VICTORIA REZNIK
                                                           United States Magistrate Judge